■ In the Matter of the STATE OF NEW YORK, Respondent, v DUANE SHAW, Appellant. [913 NYS2d 118]—Appeal from an order of the Supreme Court, Livingston County (Ann Marie Taddeo, J.), entered June 9, 2009 in a proceeding pursuant to Mental Hygiene Law article 10. The order, among other things, committed respondent to a secure treatment facility.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Carni, Lindley, Pine and Gorski, JJ.